PLAINTIFFS' FIRM INFORMATION

The Monsour Law Firm
404 North Green Street
Longview, Texas 75606
Telephone (903) 758-5757
Facsimile (903) 230-5010

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06cv07286-CRB |
| | MDL No. 1699 |
| | District Judge: Charles R. Breyer |
| DIANA E. BENTON<br>OLLIE GEORGE<br>BILLY GIBSON<br>KATHY REYNOLDS, Individually and as Representative of the Estate of FREDRICK KIBAT, Deceased; FREDRICK KIBAT, JR. and, DONNA LAWRENCE<br>ANNIE MCCOY PORTER<br>v.<br>PFIZER, INC. | STIPULATION AND ORDER OF<br><br>DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs DIANA E. BENTON, OLLIE GEORGE, BILLY GIBSON, KATHY REYNOLDS, Individually and as Representative of the Estate of FREDRICK KIBAT, Deceased; FREDRICK KIBAT, JR, and, DONNA LAWRENCE; ANNIE McCOY PORTER and Defendants by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

Dated _____ June 5 , 2009.

THE MONSOUR LAW FIRM
404 North Green Street
Longview, Texas 75606
(903) 758-5757
(903) 230-5010 (Facsimile)

By: _____
      Douglas C. Monsour

*Attorney for Plaintiffs*


DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

By: _____
      Michelle W. Sadowsky

*Attorneys for Defendants*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __June 16, 2009_____   _____
                                    Hon. Charles R. Breyer
                                    United States District

